R# 296681

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:  
MODESTO A ORDONEZ  
SARA R ORDONEZ

CASE NO. 11-31348-BKC-

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

U.S. BANKRUPTCY COURT
SO. DISTRICT OF FLORIDA-Miami

FILED ___ RECEIVED ___

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $ 5,382.96 remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

( ) The trustee has a balance of $    .00   remaining in her bank account which represents small dividends as defined by FRBP 3010.

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U. S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date: SEP 2 6 2012

NANCY N. HERKERT  
CHAPTER 13 TRUSTEE

Copies to:

MODESTO A ORDONEZ  
SARA R ORDONEZ  
14831 SW 60 ST  
MIAMI, FL 33193

MICHAEL A. FRANK, ESQUIRE  
UNION PLANTERS BNK BLDG #620  
10 NW LEJEUNE RD  
MIAMI, FL 33126-5431

U.S. Trustee  
51 S. W. 1st Avenue  
Miami, Florida 33130

```
                    UNITED STATES BANKRUPTCY COURT
                     SOUTHERN DISTRICT OF FLORIDA


IN RE:                              CASE NO.   11-31348-BKC-
MODESTO A ORDONEZ
SARA R ORDONEZ

                                    CHAPTER 13


MODESTO A ORDONEZ                   ---------$      5,382.96
SARA R ORDONEZ
14831 SW 60 ST
MIAMI, FL 33193


MICHAEL A. FRANK, ESQUIRE
UNION PLANTERS BNK BLDG #620
10 NW LEJEUNE RD
MIAMI, FL 33126-5431

U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130
```